[No. 20462-2-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES I. HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00668-8, James D. Roper, J., entered March 8, 1996. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 20636-6-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME DALE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-05345-1, Waldo F. Stone, J., entered March 20, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 20667-6-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDITH A. WALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00388-8, Gordon Godfrey, J., entered April 22, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.